SUZANNE M. TRIMBLE, SBN 72969
TRIMBLE, SHERINIAN & VARANINI
2500 Venture Oaks Way, Suite 350
Post Office Box 590 (95812-0590)
Sacramento, California 95833
Telephone:  (916) 444-8271

Attorneys for Defendants
RONALD McCOY, ROBERT COLLINS
and M,T,M, TRANSPORTATION

**UNITED STATE DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIANNE ROWE, CARL FREDDY, | Case No. 2:07-CV-00921-LKK-DAD |
| Plaintiffs, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| ROBERT SCOTT COLLINS, ET AL., | DATE: August 13, 2007 |
| | TIME:  2:00 P.M. |
| Defendants. | DEPT:  Courtroom 4 |
| _____/ | TRIAL:  Not set |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the Status Conference of this matter currently scheduled for August 13, 2007 at 2:00 p.m. in courtroom 4 of the above-entitled court be continued to September 10, 2007 at 3:00 p.m. in courtroom 4. The parties to this matter are close to settlement.

Dated: August 8, 2007          FIELDER, FIELDER & FIELDER


                                        ____/s/_____
                                        BY:   SCOTT FIELDER
                                              Attorney for Plaintiffs

Stipulation and Order to Continue
Status Conference

1

TRIMBLE, SHERINIAN & VARANINI
2500 VENTURE OAKS WAY, SUITE 350, SACRAMENTO, CA 95833
P.O. BOX 590, SACRAMENTO, CA 95812-0590
(916) 444-8271

1  Dated: August 8, 2007              TRIMBLE, SHERINIAN & VARANINI

____/s/_____
BY:   SUZANNE M. TRIMBLE
      Attorneys for Defendants

## **ORDER**

Upon reading the foregoing stipulation, and good cause appearing therefor;

IT IS HEREBY ORDERED that the Status Conference currently set for August 13th is continued to September 10, 2007 at 3:00 p.m. in courtroom 4 of the above-entitled court.

DATED:   August 8, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2

Stipulation and Order to Continue
Status Conference

# PROOF OF SERVICE

**CASE NAME:** Rowe v. Collins, et al.
**CASE NUMBER:** 2:07-CV-00921-LKK-DAD
**COURT:** United States District Court, Eastern District of California

I am a citizen of the United States and a resident of the County of Sacramento; I am over the age of eighteen years and not a party to the within above-entitled action; my business mailing address is P.O. Box 590, Sacramento, California 95812-0590. I am familiar with Trimble, Sherinian & Varanini's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection. Each day's mail is collected and deposited in a United States mailbox after the close of each day's business.

On the date noted below, I served on the parties in said action:

**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**

[xx] **Via the United States Postal Service** by causing a true copy and/or original thereof to be placed in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing mail.

[ ] **By Personal delivery** on the parties in this action by causing a true copy and/or original thereof to be delivered by hand to the offices of the addressee(s).

[ ] **Via Facsimile** by causing such document to be served via facsimile on the parties in this action via facsimile numbers as stated on this proof of service.

[ ] **Via Overnight Courier** by causing a true copy and/or original thereof to be personally delivered via the following overnight courier service:
_____

addressed as follows:

Scott Fielder
Fielder, Fielder & Fielder
419 Spring Street, Suite A
Nevada City, CA 95959
530-478-1600 / 530-478-1699 fax
**Attorneys for Plaintiff Rowe and Freddy**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 8, 2007 at Sacramento, California.

ROBYN L. CRAYTHORN