1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  MARIANNE ROWE, CARL FREDDY,
                                        NO. Civ.S-07-921 LKK/DAD
11          Plaintiffs,

12      v.                              **ORDER RE DISPOSAL
                                        DOCUMENTS AFTER**
13  ROBERT SCOTT COLLINS, et al,        **NOTIFICATION OF SETTLEMENT**

14          Defendants.
    _____/

15

16      Counsel for plaintiff has filed a status report in the above-

17  captioned case and indicates that this case has settled.  The court

18  now orders that the dispositional documents disposing of the case

19  be filed no later than forty-five (45) days from the effective date

20  of this order.

21      All hearing dates heretofore set in this matter are hereby

22  **VACATED.**

23      FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE

24  IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

25  ////

26  ////

                                  1

1 | CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

2 |       IT IS SO ORDERED.

3 |       DATED:   September 5, 2007.

4 |

5 |

6 |                                LAWRENCE K. KARLTON
                                 SENIOR JUDGE

7 |                                UNITED STATES DISTRICT COURT