SUZANNE M. TRIMBLE, SBN 72969
TRIMBLE, SHERINIAN & VARANINI
2500 Venture Oaks Way, Suite 350
Post Office Box 590 (95812-0590)
Sacramento, California 95833
Telephone: (916) 444-8271

Attorneys for Defendants ROBERT SCOTT COLLINS,
MTM TRANSPORTATION and RONALD McCOY

**UNITED STATE DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIANNE ROWE, CARL FREDDY,<br><br>    Plaintiffs,<br><br>v.<br><br>ROBERT SCOTT COLLINS, M.T.M.<br>TRANSPORTATION, RONALD McCOY<br>and DOES 1-100,<br><br>    Defendants.<br>_____/ | Case No. 2:07-CV-921-LKK<br><br><br>**STIPULATION FOR ORDER OF DISMISSAL AND ORDER OF DISMISSAL** |

Plaintiffs Marianne Rowe and Carl Freddy, by and through their counsel of record, Scott L. Fielder, having agreed to a settlement of all claims relating to their wrongful death litigation, hereby stipulate that this case be dismissed with prejudice and that this Court enter an order of dismissal with prejudice to any and all claims by plaintiffs Marianne Rowe and Carl Freddy against defendants Robert Scott Collins, MTM Transportation and Ronald McCoy.

DATED:    October 22, 2007        FIELDER FIELDER & FIELDER

                     /S/ SCOTT L. FIELDER

                     _____
                     BY:    SCOTT L. FIELDER
                     Attorneys for Plaintiffs

Stipulation for Order of
Dismissal and Proposed
Order of Dismissal

1

1 | DATED:        October 22, 2007        TRIMBLE, SHERINIAN & VARANINI

/S/ SUZANNE M. TRIMBLE

_____
BY:    SUZANNE M. TRIMBLE
Attorneys for Defendants ROBERT SCOTT COLLINS, MTM TRANSPORTATION and RONALD McCOY

TRIMBLE, SHERINIAN & VARANINI
2500 VENTURE OAKS WAY, SUITE 350, SACRAMENTO, CA 95833
P.O. BOX 590, SACRAMENTO, CA 95812-0590
(916) 444-8271

Stipulation for Order of Dismissal and Proposed Order of Dismissal

2

SUZANNE M. TRIMBLE, SBN 72969
TRIMBLE, SHERINIAN & VARANINI
2500 Venture Oaks Way, Suite 350
Post Office Box 590 (95812-0590)
Sacramento, California 95833
Telephone: (916) 444-8271

Attorneys for Defendants ROBERT SCOTT COLLINS,
MTM TRANSPORTATION and RONALD McCOY

# UNITED STATE DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANNE ROWE, CARL FREDDY, | Case No. 2:07-CV-921-LKK |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER OF DISMISSAL** |
| ROBERT SCOTT COLLINS, M.T.M. TRANSPORTATION, RONALD McCOY and DOES 1-100, | |
| Defendants. | |

The court having received and accepted the stipulation by Plaintiffs, Marianne Rowe and Carl Freddy and Defendants Robert Scott Collins, MTM Transportation and Ronald McCoy requesting a dismissal of this matter with prejudice as and between the parties to this stipulation, hereby orders this case dismissal with prejudice as to defendants Robert Scott Collins, MTM Transportation and Ronald McCoy, and that said dismissal shall take effect immediately.

DATED: October 23, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**PROOF OF SERVICE**

**CASE NAME:**     Rowe v. Collins
**CASE NUMBER:**   2:07-CV-921-LKK
**COURT:**         United States District Court, Eastern District of California

    I am a citizen of the United States and a resident of the County of Sacramento; I am over the age of eighteen years and not a party to the within above-entitled action; my business mailing address is P.O. Box 590, Sacramento, California 95812-0590. I am familiar with Trimble, Sherinian & Varanini's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection. Each day's mail is collected and deposited in a United States mailbox after the close of each day's business.

    On the date noted below, I served on the parties in said action:

**STIPULATION AND ORDER OF DISMISSAL AND PROPOSED ORDER OF DISMISSAL**

[xx]  **Via the United States Postal Service** by causing a true copy and/or original thereof to be placed in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing mail.

[ ]   **By Personal delivery** on the parties in this action by causing a true copy and/or original thereof to be delivered by hand to the offices of the addressee(s).

[ ]   **Via Facsimile** by causing such document to be served via facsimile on the parties in this action via facsimile numbers as stated on this proof of service.

[ ]   **Via Overnight Courier** by causing a true copy and/or original thereof to be personally delivered via the following overnight courier service: _____

addressed as follows:

Scott Fielder
Fielder, Fielder & Fielder
419 Spring Street, Suite A
Nevada City, CA 95959
530-478-1600 / 530-478-1699 fax
**Attorneys for Plaintiff Rowe and Freddy**

TRIMBLE, SHERINIAN & VARANINI
2500 VENTURE OAKS WAY, SUITE 350, SACRAMENTO, CA 95833
P.O. BOX 590, SACRAMENTO, CA 95812-0590
(916) 444-8271

Stipulation for Order of
Dismissal and Proposed
Order of Dismissal

4

TRIMBLE, SHERINIAN & VARANINI
2500 VENTURE OAKS WAY, SUITE 350, SACRAMENTO, CA 95833
P.O. BOX 590, SACRAMENTO, CA 95812-0590
(916) 444-8271

1  Courtesy copy to:
2  Ronald L.M. Goldman
   Ilyas Akbari, Associate
3  Baum & Hedlund
   A Professional Corporation
4  12100 Wilshire Blvd., Suite 950
   Los Angeles, CA 90025-7114
5  (310) 207-3233 // FAX (310) 207-4204
6  **Attorneys for Plaintiffs Clement, et al.**

7  Courtesy copy to:
   Timothy J. Nisson
8  Nisson, Pincin, Sinclair,
   Hill & Perrine
9  Post Office Box 992710
10 Redding, CA 96099-2710
   530-246-4201/ 530-246-1426 fax
11 **Attorneys for Defendants Robert Scott Collins,**
   **MTM Transportation, Ronald McCoy,**
12 **MTM Auctioneers & Liquidators,**
   **MTM Salvage Surplus Warehouse and**
13 **Wind Enterprises, Inc.**

14

15
         I declare under penalty of perjury under the laws of the State of California that the
16 foregoing is true and correct.  Executed on October 23, 2007 at Sacramento, California.

17

18

19                                                      _____
                                                        ROBYN L. CRAYTHORN
20

21

22

23

24

25

26

27

28

5

Stipulation for Order of
Dismissal and Proposed
Order of Dismissal